1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PALETI ANIKESI VENIALE , <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF CORRECTIONS et al., <br><br> Defendant. | CASE NO. 2:25-cv-01747-DGE-DWC <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 12) |

The Court, having reviewed de novo the Report and Recommendation ("R&R") of United States Magistrate Judge David W. Christel (Dkt. No. 12) and the remaining record, and there being no objections, does hereby find and ORDER:

1. The R&R (Dkt. No. 22) is ADOPTED; and

2. Plaintiff's complaint is DISMISSED with prejudice, as amendment would be futile. Should Plaintiff wish to challenge the validity of his confinement, he must file a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

- 1

1    The Clerk is directed to send copies of this order to Plaintiff and to the Honorable David W. Christel.

4    Dated this 9th day of December 2025.

>                                     David G. Estudillo
>                                     United States District Judge